UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA J. REED,

    Plaintiff,                                             Case No. 12-15579

v.

                                                       Hon. John Corbett O'Meara

COMMISSIONER OF                   Magistrate Judge Charles E. Binder
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

       Before the court is Magistrate Judge Charles E. Binder's November 12, 2013 report and recommendation. Plaintiff filed objections to the report and recommendation on November 26, 2013.

       This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

       Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

       IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                                s/John Corbett O'Meara
                                                                 United States District Judge

Date: December 20, 2013

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 20, 2013, using the ECF system.

                                         <u>s/William Barkholz</u>
                                         Case Manager